**No. 57638.**—Hensel, Bruckmann & Lorbacher, Inc. *v.* United States, protests 187836–K and 209035–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of cellophane sheets similar in all material respects to those the subject of *Coughlin Mfg. Co.* v. *United States* (27 Cust. Ct. 40, C. D. 1345) and *Gillette Safety Razor Co.* v. *United States* (27 Cust. Ct. 44, C. D. 1346), the claim of the plaintiff was sustained.

**No. 57639.**—Sanford Products Corp. and Rohner, Gehrig & Co., Inc. *v.* United States, protests 190487–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of spark wheels the same in all material respects as those the subject of *Waterbury Lock & Specialty Co.* v. *United States* (17 Cust. Ct. 87, C. D. 1025), the claim of the plaintiffs was sustained.

**No. 57640.**—Arnold, Hoffman & Co., Inc. *v.* United States, protest 210853–K (New York).

Opinion by OLIVER, C. J. An examination of the official papers disclosing nothing to disturb the decision of the collector, which was presumptively correct, the protest was overruled.